**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN    DISTRICT OF MISSISSIPPI**

Debtor: Lawrence Wills           SSN: XXX-XX-9570           CASE NO. 16-13580
Joint Debtor: _____     SSN: XXX-XX-_____       Median Income: ☐ Above ☐ Below
Address: Post Office Box 116
         Darling, MS 38623

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of ___60___ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)  Debtor shall pay $__1,100.00__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
     Plan payments deducted from bank account.
     First plan payment deduction is on 11/5/16.
     The debtor is retired.

(B)  Joint Debtor shall pay $_____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:     $_____ at $_____ /month
Mississippi Dept. of Revenue: $_____ at $_____ /month
Other/_____:        $_____ at $_____ /month

**DOMESTIC SUPPORT OBLIGATION. DUE TO:** Mary ~~Wills~~ ALLEN RECCA
11 Seneca Circle
Goosecreek, SC 29445

POST PETITION OBLIGATION: In the amount of $__1,462.42__ per month beginning October 2016.
To be paid ☐ direct, ☑ through ~~payroll~~ Retirement deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to _____          Beginning _____   @ $_____         ☐ Plan ☑ Direct
Mtg pmts to Clear Springs-2nd mtg    Beginning 10/2016      @ $ 319.40             ☐ Plan ☑ Direct
Mtg pmts to (no arrearage)           Beginning _____   @ $_____         ☐ Plan ☐ Direct

Mtg arrears to _____        Through _____    $_____  @ $_____ /mo
Mtg arrears to Clear Springs-2nd mtg  Through _____    $_____  @ $_____ /mo
Mtg arrears to (no arrearage)         Through _____    $_____  @ $_____ /mo

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 1 of 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: Ocwen - 1st mortgage        Approx. amt. due: $10,675.80        Int. Rate: 5
Property Address: 189 Fox Road, Marks, MS        Are related taxes and/or insurance escrowed ☐Yes ☑No

Creditor: _____        Approx. amt. due: _____        Int. Rate: _____
Property Address: _____        Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Wells Fargo Dealer Service | 2013 Honda (not 910 vehicle) | | $24,980.00 | $21,000.00 | 5 | VALUE |
| Nissan | 2013 Nissan (not 910 vehicle) daughter uses school | | $20,792.59 | $20,000.00 | 5 | VALUE |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
The Escrow for taxes and insurance is direct by the debtor outside the plan.

Financial Management Certificate has been filed with the Court. See docket number 7

**GENERAL UNSECURED CLAIMS** total approximately $_____. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), __0__ %(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 2 of **3**

Total attorney fee charged:      $ _____3,200.00_____
Attorney fee previously paid:    $ _____307.00_____
Attorney fee to be paid in plan: $ _____2,893.00_____

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent                        Attorney for Debtor (Name/Address/Phone/Email)
_____                    John M. Sherman
_____                    Post Office Box 1900
_____                    Clarksdale, MS 38614

Telephone/Fax:_____                    Telephone No.  662-627-5301
                                                     Facsimile No.  662-627-5315
                                                     Email address  Jsher203@bellsouth.net

DATED: 10/21/2016_____   DEBTOR'S SIGNATURE        /s/ Lawrence Wills

                                   JOINT DEBTOR'S SIGNATURE  _____

                                   ATTORNEY'S SIGNATURE      /s/ John M. Sherman

Chapter 13 Plan, Page 3 of 3

Effective: October 1, 2011